UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER DOBEK
    Reg. No. 37252-480

    Petitioner,

v.                                          Case No. 3:22cv10614/LAC/MAF

WARDEN M.V. JOSEPH

    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 4, 2022 (ECF No. 5). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 14th day of September, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv285-LAC-MAF